UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH JORDAN, | ) |
| | ) No. CV-05-0024-CI |
| Plaintiff, | ) |
| | ) ORDER GRANTING |
| v. | ) MOTION TO REMAND |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties' agreed Stipulation to Remand **(Ct. Rec. 29)** is GRANTED.  This case is **REVERSED and REMANDED** as ordered by the Ninth Circuit Court of Appeals in Cause No. 06-35215, wherein it was determined that this matter should be reversed and remanded for calculation of benefits.

**IT IS SO ORDERED.**  The Clerk of the Court shall copy this Order to counsel for the parties and the file shall be closed.

DATED April 1, 2008.


                            S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO REMAND  - 1