UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH JORDAN, | ) |
| Plaintiff, | ) |
| v. | ) NO. CV-05-024-CI |
| MICHAEL J. ASTRUE, | ) **JUDGMENT IN A CIVIL CASE** |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**IT IS ORDERED AND ADJUDGED** that**:**

The parties' agreed Stipulation to Remand is **GRANTED**. This case is **REVERSED and REMANDED** as ordered by the Ninth Circuit Court of Appeals in Cause No. 06-35215, wherein it was determined that this matter should be reversed and remanded for calculation of benefits. Judgment is entered for Plaintiff.

DATED this 1st day of April, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk